**650**

**COMMONWEALTH of Pennsylvania,**
**Appellee,**

v.

**Thomas McCANDLESS, Appellant.**

Supreme Court of Pennsylvania.

Argued Oct. 16, 2006.

Decided Oct. 16, 2007.

Michael Canick Schwartz, Esq., Philadelphia, for Thomas McCandless.

Hugh J. Burns, Jr., Esq., Philadelphia District Attorney's Office, for Commonwealth of Pennsylvania.

BEFORE: CAPPY, C.J., and CASTILLE, NEWMAN, SAYLOR, EAKIN, BAER and BALDWIN, JJ.

*ORDER*

PER CURIAM.

**AND NOW,** this 16th day of October, 2007, the appeal is hereby dismissed as having been improvidently granted.

**Eugene WATSON, Appellant,**

v.

**COMMONWEALTH of Pennsylvania,**
**Pennsylvania Board of Probation**
**and Parole, Appellee.**

Supreme Court of Pennsylvania.

Oct. 17, 2007.

*ORDER*

PER CURIAM.

**AND NOW,** this 17th day of October, 2007, the order of the Commonwealth Court is AFFIRMED.

Justice FITZGERALD would grant oral argument.